AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Community Bank Of Nevada,

        Plaintiff,

V.

Allen Barbarich, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Attorney's Fees

Case Number: 2:09-cv-02238-LRH -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that attorney's fees are awarded in favor of plaintiff Federal Deposit Insurance Corporation and against defendants Red Lake Investment, LLC and Archer Investments, LLC in the amount of $102,716.22.

IT IS FURTHER ORDERED that costs are awarded in favor of plaintiff Federal Deposit Insurance Corporation and against defendants Red lake Investment, LLC and Archer Investments, LLC in the amount of $8,293.36.

| | |
|---|---|
| October 17, 2012 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Erin Smith |
| | (By) Deputy Clerk |